IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STONEY L. SCHAEFFER ) | |
| ) | Civil Action No. 06 - 189 |
| Plaintiff, ) | |
| ) | Judge Arthur J. Schwab / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| HARRY E. WILSON, *Facility Superintendent;* ) | |
| TIMOTHY CROSS, *State Police Supervisor*; ) | |
| and NANCY D. VERNON, *District Attorney,* ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Plaintiff in the above captioned action has submitted a complaint and a motion to proceed in forma pauperis that did not include a certified copy of his institutional account statement for the six months prior to the date on which the complaint and motion were filed, which is now a requirement under 28 U.S.C. § 1915(a)(2). Therefore,

**IT IS HEREBY ORDERED** this 16th day of February, 2006, that the Inmate Account Officer at S.C.I. Fayette shall, on or before March 2, 2006, submit for the preceding six months a certified copy of the institutional account statement of Stoney L. Schaeffer.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Lisa Pupo Lenihan
United States Magistrate Judge

cc: Inmate Account Officer
S.C.I. Fayette
50 Overlook Drive
LaBelle, PA  15450

Stoney L. Schaeffer
DW-8560
S.C.I. Fayette
50 Overlook Drive
LaBelle, PA  15450